U.S. Department of Justice



*Guillermo Gil*
*United States Attorney*
*District of Puerto Rico*
*Financial Litigation Unit*

---

*Federico Degetau Federal Building, Room 452* *(787)766-5656*
*150 Carlos Chardon Street*
*Hato Rey, Puerto Rico 00918-1714*

July 1, 1999

Mr.Eladio Santiago-Sanchez
Urb. Hillside
I-10 5th St.
Rio Piedras, PR 00926

Re: United States V. Eladio Santiago-Sanchez
USAO No. 98Z0542/008
Court Docket No. 97-0084-01(PG

Dear Mr. Santiago-Sanchez:

Our records show that you were imposed a fine/restitution on January 29, 1999 in the amount of $108,333.33 by the United States District Court.

Accordingly, you are to make full payment immediately to the Clerk of the U.S. District Court for the satisfaction of the fine/restitution imposed upon you. The payment should be mailed to: **Federal Office Building, Room 150, Ave. Chardon, Hato Rey, PR 00918.** Please be reminded that pursuant to the provisions of 18 U.S.C. 3612(f), interest at the prevailing post judgment interest rate on daily basis are computed on any fine/restitution in excess of $2,500 and on any unpaid balance unless paid within fifteen (15) of the judgment. The failure to pay the fine/restitution as ordered can and will result in the following:

(1) The addition of a ten (10) percent penalty if your delinquency continues for more than thirty (30) days.

(2) Additional fifteen (15) percent penalty of the principal is the payment is delinquent for more than ninety (90) days.

Your prompt attention to this matter is suggested. If you have any doubts, please call the undersigned at the above telephone number.

Sincerely,

GUILLERMO GIL
United States Attorney

Edwin Benitez
Financial Litigation Agent

*Joaquín Monserrate Matienzo*

ABOGADO

AVE. MUÑOZ RIVERA 606, HATO REY, PUERTO RICO 00918
TEL. (809) 764-8960 / FAX (809) 751-7114

July 12, 1999

Mr. Edwin Benítez
Financial Litigation Agent
U. S. Department of Justice
Federal Bldg. Room 452
150 Carlos Chardón Street
Hato Rey, Puerto Rico 00918-1714

RE: United States v. Eladio Santiago Sánchez
USAO No. 98Z0542/008
Court Docket No. 97-0084-01 (P.G.)

Dear Mr. Benítez:

I am refering to you letter of July 1, 1999 addressed to Mr. Eladio Santiago-Sánchez and requesting from him the payment of the restitution imposed on him by the District Court in the amount of $108,333.33. I am sure you are not aware that Mr. Santiago-Sánchez is appealing his conviction and sentence as shown in your own files. See Court of Appeals for the First Circuit, case No. 99-1299, United States v. Eladio Santiago-Sánchez, as such you must realize that your request is premature.

I would like to hear from you in regard to this matter.

Cordially,

JOAQUIN MONSERRATE-MATIENZO

JMM/mv

c: Mr. Guillermo Gil

U.S. Department of Justice

***Guillermo Gil***
*United States Attorney*
*District of Puerto Rico*

*Federico Degetau Federal Building, Room 452*
*Carlos Chardon Avenue*
*Hato Rey, Puerto Rico 00918*

*(787) 766-5656*

July 27, 1999

Mr. Joaquin Monserrate Matienzo
Ave. Muñoz Rivera 606
Hato Rey, Puerto Rico 00918

Re: USA vs. Eladio Santiago Sánchez
USAO # : 98Z0542/008
Court No: 97-082/002 (PG)

Dear Mr. Monserrate:

The instant is in response to your letter dated July 12, 1999, where you state that our collection enforcement against Mr. Eladio Santiago Sánchez's restitution is premature inasmuch the case is on appeal.

Pursuant to the provisions of Rule 38(c)(d) of Criminal Procedure, a sentence to pay a fine may be stayed by the U.S. District Court or by the Court of Appeal upon such terms as the court deems proper, if an appeal is taken. In addition pursuant to Rule 8 of the Rules of Appellate Procedure application for a stay of the judgment or order of a district court pending appeal, or for approval of a supersedes bond, or for an order suspending, modifying, restoring or granting an injunction during the pendency of an appeal must ordinarily be made in the first instance in the district court.

The undersigned has not been provided evidence that there is any stay in the instant case and as such is of the position that collection enforcement is warranted.

In addition, please be advised that on April 24, 1996, the Antiterrorism and Effective Death Penalty Act of 1996 was enacted and the Mandatory Victims Restitution Act ("the Act") significantly reformed restitution and altered the way it is enforced.

In general, the Act provides that an order of restitution may be enforced by the United States in the manner provided for fines in chapters 227 and 229 of title 18, like a civil judgment under federal or state law, 18 U.S.C. 3613(a), or by all other available and reasonable

means, 18 U.S.C. 3664 (m)(1)(A)(I) and (ii).

Also, pursuant to the provisions of 18 U.S.C. 3612(b)(1)(F), interest and penalties are computed on any fine/restitution on any unpaid balance unless paid within 15 days of the judgment.

The special monetary assessment in the amount of $450.00 imposed by the criminal judgment issued on January 29, 1999 has been paid by defendant. However, defendant is still pending payment restitution in the amount of $108,333.33 and it shall be paid immediately to the U.S. District Clerk for this district together with any interest and penalties, in view of all the above.

Hoping the above helps your endeavors, I remain.

Sincerely,

GUILLERMO GIL
UNITED STATES ATTORNEY

REBECCA VARGAS-VERA
Assistant U.S. Attorney
Financial Litigation Unit

U.S. Department of Justice

***Guillermo Gil***
*United States Attorney*
*District of Puerto Rico*

*Federico Degetau Federal Building, Room 452*
*Carlos Chardon Avenue*
*Hato Rey, Puerto Rico 00918*

*(787) 766-5656*

August 24, 2000

CERTIFIED RETURN RECEIPT REQUESTED

Eladio Santiago-Sanchez
Urb. Hillside I-10, 5th. Street
Rio Piedras, Puerto Rico 00926

Re: USA v. Eladio Santiago-Sanchez
Criminal Number:3:97CR0084-002 (PG)
Inmate Reg. Number:14949-069

Dear Mr. Santiago-Sanchez:

Reference is made to the Judgment entered by the United States District Court for the District of Puerto Rico in the captioned case. According to this Judgment you were imposed a restitution to the United States Government in the amount of $108,333.333, which payment was due immediately. As of today said payment is still pending.

This is to serve as a formal notice of the intent of the United States to collect the aforementioned indebtedness by offset against any annuity or retirement benefits you may have with the United States Office of Personnel Management.

Please contact the undersigned within the next twenty (20) days at (787)766-5656 if you have any questions.

Sincerely yours,

GUILLERMO GIL
United States Attorney

REBECCA VARGAS VERA
Assistant U. S. Attorney

cc Joaquín Monserrate-Matienzo, Esq.(crrr)
FPC-Eglin (crrr)



7099 3400 0000 9482 8948

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
Elodia Santiago - Sanchez

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Name (Please Print Clearly) (to be completed by mailer)
Elodia Santiago - Sanchez
Street, Apt. No.; or PO Box No.
Urb. Hillside I-10 5th Street
City, State, ZIP+4
Rio Piedras PR 00926

PS Form 3800, July 1999 See Reverse for Instructions



U.S. Department of Justice

***Guillermo Gil***
*United States Attorney*
*District of Puerto Rico*

*Federico Degetau Federal Building, Room 452*
*Carlos Chardon Avenue*
*Hato Rey, Puerto Rico 00918*

*(787) 766-5656*

August 24, 2000

CERTIFIED RETURN RECEIPT REQUESTED

Eladio Santiago-Sanchez
Urb. Hillside I-10, 5th. Street
Rio Piedras, Puerto Rico 00926

Re: USA v. Eladio Santiago-Sanchez
Criminal Number:3:97CR0084-002 (PG)
Inmate Reg. Number:14949-069

Dear Mr. Santiago-Sanchez:

Reference is made to the Judgment entered by the United States District Court for the District of Puerto Rico in the captioned case. According to this Judgment you were imposed a restitution to the United States Government in the amount of $108,333.333, which payment was due immediately. As of today said payment is still pending.

This is to serve as a formal notice of the intent of the United States to collect the aforementioned indebtedness by offset against any annuity or retirement benefits you may have with the United States Office of Personnel Management.

Please contact the undersigned within the next twenty (20) days at (787)766-5656 if you have any questions.

Sincerely yours,

GUILLERMO GIL
United States Attorney

REBECCA VARGAS VERA
Assistant U. S. Attorney

cc Joaquín Monserrate-Matienzo, Esq.(crrr)
FPC-Eglin (crrr)


DOMESTIC RETURN RECEIPT


7099 3400 0000 9482 8979

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
F.PC - Eglin

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Name (Please Print Clearly) (to be completed by mailer)
Street, Apt. No.; or PO Box No.
PO BOX 600 Eglin Air Force Base
City, State, ZIP+4
Eglin FL 32542-7606

PS Form 3800, July 1999 See Reverse for Instructions

U.S. Department of Justice

***Guillermo Gil***
*United States Attorney*
*District of Puerto Rico*

*Federico Degetau Federal Building, Room 452*
*Carlos Chardon Avenue*
*Hato Rey, Puerto Rico 00918*

*(787) 766-5656*

August 24, 2000

CERTIFIED RETURN RECEIPT REQUESTED

Eladio Santiago-Sanchez
Urb. Hillside I-10, 5th. Street
Rio Piedras, Puerto Rico 00926

Re: USA v. Eladio Santiago-Sanchez
Criminal Number:3:97CR0084-002 (PG)
Inmate Reg. Number:14949-069

Dear Mr. Santiago-Sanchez:

Reference is made to the Judgment entered by the United States District Court for the District of Puerto Rico in the captioned case. According to this Judgment you were imposed a restitution to the United States Government in the amount of $108,333.333, which payment was due immediately. As of today said payment is still pending.

This is to serve as a formal notice of the intent of the United States to collect the aforementioned indebtedness by offset against any annuity or retirement benefits you may have with the United States Office of Personnel Management.

Please contact the undersigned within the next twenty (20) days at (787)766-5656 if you have any questions.

Sincerely yours,

GUILLERMO GIL
United States Attorney

REBECCA VARGAS-VERA
Assistant U. S. Attorney

cc Joaquín Monserrate-Matienzo, Esq.(crrr)
FPC-Eglin (crrr)



7099 3400 0000 9482 8917

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Article Sent To: Joaquin Monserrat Matienzo, Esq

Name (Please Print Clearly) (to be completed by mailer)

Street, Apt. No.; or PO Box No. Ave. Muñoz Rivera 606

City, State, ZIP+4 Hato Rey 00918

PS Form 3800, July 1999 See Reverse for Instructions

