IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>ELADIO SANTIAGO SANCHEZ<br><br>Defendant | CASE 97-CR-0084-02 PG |

### INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES now the undersigned attorney and respectfully inform the Court as follows:

1. That the defendant, Eladio Santiago Sánchez parted professional relations with the undersigned years ago, after his conviction was affirmed on appeal.

2. Since Eladio Santiago Sánchez' legal representation thereafter filed papers in Court without notification to the undersigned, I have no way of informing this Court of who the lawyer is, or if Mr. Santiago was acting *pro se*, but the U.S. Attorney's Office must know because they informed me of Mr. Santiago's filings.

3. The undersigned requests that notifications in this case be sent directly to Mr. Eladio Santiago Sánchez or whoever is representing him, in order to protect defendant's rights.

WHEREFORE, The undersigned requests that his petition be granted.

RESPECTFULLY SUBMITTED.

2

CERTIFICATE: I hereby certify that on this date I electronically filed this motion via CM/ECF and sent a copy to Assistant U.S. Attorney Rebecca Vargas-Vera, at Torre Chardón, Suite 1201, 350 Chardón Avenue, San Juan, Puerto Rico 00918.

In Hato Rey, Puerto Rico, this 30th day of November 2004.

_____
JOAQUIN MONSERRATE-MATIENZO
USDC PR: 3349
606 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel. 764-8960/764-8232
Fax. 751-7114