IN The United States
District Court
For The District of Puerto Rico

RECEIVED & FILED
04 DEC -6 AM 11: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

United States of America
Plaintiff

vs

Eladio Santiago-Sanchez
Defendant

CRIM No 97-0084-002 (PG)

Informative Motion to the Honorable Court Concerning Opposition to Defendants Request for Early Termination of Supervised Release.

To The Honorable Court:

Now Comes the defendant Eladio Santiago Sanchez, Pro Se, and before this honorable Court respectfully states as follows:

1. I was unable to pay the restitution imposed by the Court, due to the fact, that all my assets as well as my family money was forfeited by the United States Government. At that moment the United States Government was having absolute control of the money; the same party who was trying to collect said restitution.

4547 Eladio Santiago Sanchez - 97CR 0084-02 PG.

2. On August 11, 1999, a Motion Requesting a Stay in the payment of fine was submitted to the Honorable Court. See attached copy.

3. The Restitution Special Monetary Assessment imposed as part of my sentence was duly paid on October 17, 2000. (Civil Case 97-1320 (SEC) See attached copy.

4. Wherefore, it is respectfully requested to this Honorable Court to take notice of defendants compliance with the Special Monetary Assessment imposed.

Respectfully Submitted:     In San Juan, Puerto Rico this
Eladio Santiago Sanchez      6 day of December 2004.

ELADIO SANTIAGO-SANCHEZ
CALLE 5, I-10
URB. HILLSIDE
SAN JUAN, P.R. 00926

It is certified that copy of this motion has been sent to United States Attorney, H.S. Garcia, S/ Rebecca Vargas Vera - 203307, Assistant U.S. Attorney, Torre Chardón, Suite 1201, 350 Chardón Ave, San Juan P.R. 00918, and Raúl Gonzalez, Supervising U.S. Probation Office. Delivered on this same date by:
 - Eladio Santiago Sanchez -