IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | * * * | Civil No. 97-1320(SEC) |
| v. | * * | |
| C) Certificate of Deposit # 1052, in the name of Eladio Santiago Sánchez, in the amount of $59,000;<br>D) Monies in Checking and Savings Accounts # 48440, in the name of Eladio Santiago Sánchez;<br>E) Certificate of Deposit # 1050, in the name of Dulcilia Rodríguez Valdés, in the amount of $38,000;<br>F) Monies in Savings Account # 88510, in the name of Dulcilia Rodríguez Valdés<br>G) Certificate of Deposit # 1051, in the name of José Iván Santiago, in the amount of $38,000<br>H) Monies in Savings Account # 88520, in the name of José Iván Santiago;<br>I) Certificate of Deposit # 1053, in the name of Elizabeth Santiago, in the amount of $38,000;<br>J) Monies in Savings Account # 88530, in the name of Elizabeth Santiago<br>Defendants | * |  |

## ORDER

Upon the parties' stipulation (**Docket # 43**) and in accordance with the terms contained therein, which are by reference incorporated in this order, defendant properties are hereby **RELEASED**.

**SO ORDERED.**
In San Juan, Puerto Rico, this 22 day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>C) Certificate of Deposit #1052, in the name of Eladio Santiago Sánchez, in the amount of $59,000;<br><br>D) Monies in Checking and Savings Accounts #48440 in the name of Eladio Santiago Sánchez;<br><br>E) Certificate of Deposit #1050, in the name of Dulcilia Rodríguez Valdes, in the amount of $38,000.00;<br><br>F) Moneys in Savings Account #88510 in the name of Dulcilia Rodríguez Valdes;<br><br>G) Certificate of Deposit #1051, in the name of José Iván Santiago, in the amount of $38,000;<br><br>H) Moneys in Account #88520 in the name of José Iván Santiago;<br><br>I) Certificate of Deposit #1053, in the name of Elizabeth Santiago, in the amount of $38,000;<br><br>J) Moneys in Savings Account #88530 in the name of Elizabeth Santiago;<br><br>Defendants, | CIVIL NO. 97-1320(SEC)<br><br>RELEASE |

## RELEASE

1. On or about August 25, 2000, the United States of America and claimants Eladio Santiago Sánchez, Dulcilia Rodríguez, José Iván Santiago and Elizabeth Santiago entered into a "Stipulation for Release of Defendant Property", whereby the parties agreed to the release by the

2

United States of America of defendant properties C, D, E, F, G, H, I and J, valued at $203,000.00, with the United States of America retaining the amount of $108,000.00 and the amount of $95,000.00 to be returned to the claimants.

2. The United States District Court for the District of Puerto Rico, in accordance with the terms of the Stipulation entered into by the parties on August 25, 2000, issued an Order accepting said stipulation on September 22, 2000.

3. The United States of America hereby retains the amount of $108,000.00 and releases to claimants herein the total sum of $95,000.00, to be distributed among themselves in the manner they see fit.

4. The check for the amount of $95,000.00 to be issued to claimants shall be made to the order of Eladio Santiago Sánchez, Dulcilia Rodríguez, José Iván Santiago, and Elizabeth Santiago.

In San Juan, Puerto Rico, this 17th day of October, 2000.

Eladio Santiago Sánchez
Claimant

José Iván Santiago
Claimant

Dulcilia Rodríguez
Claimant

Elizabeth Santiago
Claimant

Joaquín Monserrate Matienzo, Esq.
Witness

Edgardo Cortés Morales, Esq.
Witness

José Javier Santos Mimoso
Assistant United States Attorney
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                  CIVIL NO. 97-1320(SEC)

C) Certificate of Deposit #1052, in the name of Eladio Santiago Sanchez, in the amount of $59,000;
D) Monies in Checking and Savings Accounts #48440 in the name of Eladio Santiago Sanchez;
E) Certificate of Deposit #1050, in the name of Dulcilia Rodriguez Valdes, in the amount of $38,000;
F) Moneys in Savings Account #88510 in the name of Dulcilia Rodriguez Valdes;
G) Certificate of Deposit #1051, in the name of Jose Ivan Santiago, in the amount of $38,000;
H) Moneys in Account #88520 in the name of Jose Ivan Santiago;
I) Certificate of Deposit #1053, in the name of Elizabeth Santiago, in the amount of $38,000;
J) Moneys in Savings Account #88530 in the name of Elizabeth Santiago;

    Defendant.

## STIPULATION FOR RELEASE OF DEFENDANT PROPERTY

TO THE HONORABLE COURT:

    COME NOW, plaintiff, the United States of America, by and through its undersigned attorneys and claimants Eladio Santiago, Dulcilia Rodríguez, José Ivan Santiago and Elizabeth Santiago, by

and through their attorneys Joaquin Monserrate Matienzo, Esq. and Edgardo Cortés Morales, Esq. respectfully allege and pray as follows:

1. The parties have reached an agreement which will put an end to the instant issue.

2. The claimants herein above mentioned, have agreed to a settlement in which the United States of America will release to said claimants the defendant properties listed in the above caption and which are hereby identified as properties C, D, E, F, G, H, I, and J.

3. In order to release the above mentioned defendant properties, the parties have agreed to the following terms and conditions:

   a. The parties agree that the above properties deposited at Veterans Administration P. R. Credit Union, have a value in the amount of $203,000.00 and said amount is as follows:

   b. From the $203,000.00 stated the United States will retain only the amount of $108,000.00 which plaintiff will apply towards the restitution imposed to Eladio Santiago in a criminal case filed before the United States District Court for the District of Puerto Rico, criminal case number 97-CR-084(PG).

   c. The remaining balance; to wit in the amount of $95,000.00 is to be released in favor of the above claimants.

   d. For the bank, Veterans Administration P. R. Credit Union to honor the defendant properties (certificate of deposits and, checking and savings accounts) to be payable to the U.S.A. or

in favor of the U.S.A. up to the amount of $108,000 the claimants will execute, sign, issue and/or authorize manager's checks or any other instrument or document of any type or nature that is needed in order for plaintiff to obtain and/or retain the amount of $108,000 from said checking accounts and from said certificate of deposits which plaintiff will then apply towards the restitution imposed in the above criminal case.

  e. The parties agree that this Court will retain jurisdiction until total compliance of the present stipulation and that plaintiff may apply to the Court for any such orders as it may deem advisable in furtherance of compliance.

  4. Claimants Eladio Santiago, Dulcilia Rodríguez, José Ivan Santiago and Elizabeth Santiago, hereby release and forever discharge the United States of America, its officers, agents, servants and employees, its heirs, successors, or assignees, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimant, its heirs, successors, or assignees ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the defendant property listed in the above caption.

  5. Claimants Eladio Santiago, Dulcilia Rodríguez, José Ivan Santiago and Elizabeth Santiago, further agree to hold and save the United States, its servants, employees, heirs, successors, or assignees harmless from any claim by any others, including costs and expenses for or on account of any and all lawsuits or claims of

4

any character whatsoever, in connection with the seizure, detention and forfeiture of the defendant listed in the above caption.

WHEREFORE, the parties respectfully request that this Honorable Court approve this Stipulation for Release of Defendant Properties C,D,E,F,G,H, I and J and enter an Order in accordance to the above stipulation where the plaintiff will retain $108,000 to be applied to restitution of Eladio Santiago in criminal case 97-084(PG) and releasing the above mentioned defendant properties up to the amount of $95,000.00 to claimants.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of August, 2000.

|  |  |
|---|---|
| *[signature]*<br>Joaquin Monserrate, Esq.<br>Attorney for Claimants<br>*[signature]*<br>Edgardo Cortes Morales, Esq.<br>Attorney for Claimants | GUILLERMO GIL<br>United States Attorney<br><br>*[signature]* Carmen S. Colón<br>Carmen D. Colón<br>Assistant U. S. Attorney |