AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

      FOR THE      DISTRICT OF      PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | **APPEARANCE** |
| v. | CASE NO. 97-0084 (PG) |
| ELADIO SANTIAGO-SANCHEZ<br>Defendant | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.


 January 14, 2004

*Date*

                                  s/Marcos E. López
                                  AUSA MARCOS E. LOPEZ
                                  ***USDC #215008***
                                  *Torre Chardon, Room 1201*
                                  *350 Carlos Chardon Ave.*
                                  *San Juan, Puerto Rico 00918*
                                  *(787) 766-5656*