IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                             CASE NO. 3:97CR084-02(PG)

ELADIO SANTIAGO SANCHEZ
* * * * * * * * * * * * * * * * * * * *

MOTION FOR SOME DISPOSITION

TO THE HONORABLE JUAN M. PEREZ GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

COMES NOW, Luis O. Encarnación, U.S. Probation Officer of this Court, presenting an official report on the conduct and attitude of releasee, Mr. Eladio Santiago-Sánchez, who on January 29, 1999, was sentenced to fifty-seven (57) months of imprisonment, to be followed by three (3) years of supervised release after he was found guilty of violating Title 18 U.S.C. § 371; 18 § 2 and 641; 18 § 2 and 654; 18 § 2 and 1957. A restitution in the amount of $108,333.33 imposed was duly satisfied. However, according to the U.S. Attorney, Financial Litigation Unit, the interests generated by the restitution are still pending to be satisfied, that is $8,648.83. The offender was released from federal custody on October 11, 2002, at which time his supervised release term commenced.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The offender has been in compliance with his conditions of release since the onset of his supervised release term. Mr. Santiago solely income derives from his pension and social security benefits.

Given the offender's financial condition, he will not be able to pay the interests generated by the restitution prior to the expiration of his supervision scheduled for October 10, 2005. The case was

consulted with U.S. Financial Litigation Specialist Edwin Benítez who posed no objections to remove the interest of the restitution to allow Mr. Santiago to terminate his term of supervised release.

**WHEREFORE**, in view of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court vacates the debt of the interests generated by the restitution, allowing the supervised release term scheduled for October 10, 2005 to expire without any adverse action.

In San Juan, Puerto Rico, this 6th day of October 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Luis O. Encarnacion
Luis O. Encarnacion
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail: luis _encarnacion@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY certify that on October 6, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney Humbert S. García and Joaquin Monserrate, Esq.

In San Juan, Puerto Rico, this 6th day of October 2005.

                                                   s/Luis O. Encarnacion
                                                 Luis O. Encarnacion
                                                 U.S. Probation Officer
                                                 Federal Office Building Room 400
                                                 150 Chardon Avenue
                                                 San Juan, P.R. 00918-1741
                                                 Tel. 787-766-5860
                                                 Fax 787-771-4063
                                                 E-mail: luis _encarnacion@prp.uscourts.gov